UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 11-CR-546-01 (SRC) |
| v. : | |
| JASON CORNISH, : | Hon. Stanley R. Chesler, U.S.D.J. |
| Defendant : | [PROPOSED] ORDER |

This matter having been opened before the Court on August 16, 2011 for the purpose of defendant Jason Cornish making an initial appearance on the Information in this matter; and

Defendant Cornish having entered a guilty plea to the charge contained in the Indictment; and

Defendant Cornish having complied to date with the terms and conditions of supervised release established on or about July 1, 2011 at the time of defendant Cornish's initial appearance before the Honorable Janet F. King, United States Magistrate Judge for the Northern District of Georgia;

It is, for the reasons stated in open Court on August 16, 2011 hereby **ORDERED** that:

Defendant Cornish's previously imposed terms of supervised release (as reflected in Judge King's order attached hereto as Exhibit A) are ordered continued pending defendant Cornish's appearance for sentencing in this case.

_____
STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

August 22, 2011
Newark, New Jersey

Case 2:11-mj-06084-MAS   Document 4   Filed 08/09/11   Page 3 of 6 PageID: 12

AO 199A (Rev. 11/08) Order Setting Conditions of Release                                              Page 1 of ___ Pages

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
NORTHERN District of GEORGIA

FILED
U.S.D.C. — Atlanta
JUL 1 2011
JAMES N. HATTEN, Clerk
By: L. Wade, Deputy Clerk

United States of America )
v. )
__Jason Cornish__ ) Case No. 1:11-MJ-1026
         Defendant )
)

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at (if blank, to be notified) __U.S. Courthouse__
                                                                              Place
__Dist of NJ__ on __July 14, 2011 at 12:30 P.M.__
                                                     Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

(✔) (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

(✔) (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of __Fifteen thousand and NO/100__ dollars ($ __15,000.00__) in the event of a failure to appear as required or surrender to serve any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199B (Rev. 03/09) Additional Conditions of Release  Page 2 of ___ Pages

Case 2:11-mj-06084-MAS   Document 4   Filed 08/09/11   Page 4 of 6 PageID: 13

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (7) The defendant is placed in the custody of:
Person or organization _____
Address (only if above is an organization) _____
City and state _____ Tel. No. (only if above is an organization) _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____    _____
Custodian or Proxy                               Date

(X) (8) The defendant must:
(X) (a) report to ( ✓ ) U.S. Pretrial Svcs.;   ( ) U.S. Probation Office; Suite. 900 U.S. Courthouse, 404-215-1900/1950
( ✓ ) before leaving the Courthouse;   ( ) within _____ hours of release from custody, or
( ) no later than: _____. Defendant shall follow all instructions of the supervising officer.
( ✓ ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: $15,000.00
( ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum
( ) (d) execute a bail bond with solvent sureties in the amount of $ _____.
(X) (e) maintain or actively seek lawful, verifiable employment.
( ) (f) maintain or commence an education program.
( ) (g) surrender any passport to: ( ) Pretrial Services   ( ) Probation
(X) (h) not obtain or possess a passport or other travel documents in your name, another name or on behalf of third persons, including minor children.
(X) (i) abide by the following restrictions on personal association, place of abode, or travel: Do not change your address, telephone number or place of employment without prior permission of your pretrial services/probation supervisor.
( ✓ ) (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: Brian Nelson / for the purpose of employment may have contact.
( ) (k) undergo medical or psychiatric treatment: _____
( ) (l) return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s): _____
( ) (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary, and abide by the rules and regulations of said facility.
(X) (n) not possess a firearm, destructive device, or other dangerous weapons or ammunition.
(X) (o) refrain from ( ) any ( ) excessive use of alcohol.
( ✓ ) (p) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless lawfully prescribed by a licensed medical practitioner.
( ) (q) submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.
( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.
( ) (s) participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.
( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or (( ) as directed by the pretrial services office or supervising officer; or
( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or
( ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.
( ) (t) submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.
( ) The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.
( ) (i) Location monitoring technology as directed by the pretrial services office or supervising officer;
( ) (ii) Radio Frequency (RF) monitoring;
( ) (iii) Passive Global Positioning Satellite (GPS) monitoring;
( ) (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);
( ) (v) Voice Recognition monitoring.
(X) (u) report within 72 hours to the pretrial services office or any supervision officer any contact with law enforcement personnel, including but not limited to any arrest, questioning or traffic stop.
(X) (v) not travel outside the Northern District of Georgia without prior permission from your supervising Pretrial/Probation officer.
( ✓ ) (w) Travel restricted to the ND of GA and the Dist of NJ for
(X) (x) Internet access for employment purposes only

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

Case 2:11-cr-00546-SRC   Document 10   Filed 08/24/11   Page 4 of 4 PageID: 45

AO 199C   Case 2:11-mj-06084-MAS   Document 4   Filed 08/09/11   Page 5 of 6 PageID: 14
(Rev.12/03) Advice of Penalties...

Page 3 of 3 Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

2771 Knoll Rd SE  Smyrna GA
Address

Smyrna GA 30080    404 781 9148
City and State             Telephone

### Directions to United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: July 1, 2011

_____
Signature of Judicial Officer

JANET F. KING, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL