PAUL J. FISHMAN
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2829
JMA2859
(FLU:KCPB)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  *Plaintiff,*<br>v.<br><br>JASON CORNISH,<br><br><br>                                  *Defendant,*<br>and<br><br>BANK OF AMERICA,<br>and its successors or assigns,<br><br>                                  *Garnishee.* | Hon. Stanley R. Chesler<br><br>Criminal No. 11-546<br><br>ORDER |

This matter having been opened to the Court by the U.S. Attorney, PAUL J. FISHMAN for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this ___ day of _____, 2012

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

                                                                                                                 HON. STANLEY R. CHESLER
                                                                                                                  Judge, U.S. District Court